UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ACE HARDWARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 CV 66 |
| v. | ) | |
| | ) | |
| CELEBRATION ACE HARDWARE, LLC, | ) | |
| SHERI DEVITO, DAVID MICALE, | ) | |
| CAROL MICALE, DEANNA BENETTI, | ) | |
| MATTHEW BENETTI and the DEVITO | ) | |
| REVOCABLE TRUST | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT SHERI DEVITO

Plaintiff, Ace Hardware Corporation ("Ace") states as follows in support of the Agreed Motion for Entry of Judgment:

1. Defendant Sheri Devito has agreed to the entry of judgment against her in the amount of $723,702.25 and has executed the attached Consent to Judgment. (Exhibit A)

2. The Consent to Judgment was emailed to Ms. Devito's counsel on February 11, 2010, along with the proposed Agreed Judgment Order.

Wherefore, Plaintiff respectfully requests that this Court enter the Agreed Judgment Order that is attached hereto as Exhibit B.

Dated: February 25, 2010                    Respectfully submitted,
                                             **ACE HARDWARE CORPORATION**

David J. Fish                                By:    /s/ David J. Fish
THE FISH LAW FIRM, P.C.                             One of its Attorneys
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590